# United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

IN RE:   Bonnie J Melton             )   Chapter 13
                                     )   Case No. 17 B 05116
   Debtor(s)                         )   Judge LaShonda A. Hunt

## Notice of Motion

Bonnie J Melton
14814 S Ashland Ave
Harvey, IL 60426

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On August 26, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 719
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, August 7, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On February 22, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on June 19, 2017, for a term of 36 months with payments of $180.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 30 | $6,390.00 | $5,850.00 | $540.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 08/06/2019
Due Each Month: $180.00
Next Pymt Due: 08/24/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 03/05/2018 | 27174736 | $150.00 | 03/20/2018 | 27263935 | $150.00 |
| 07/23/2018 | 950949 | $180.00 | 09/17/2018 | 955364 | $180.00 |
| 10/29/2018 | 625647 | $180.00 | 11/26/2018 | 959922 | $180.00 |
| 02/19/2019 | 665923 | $180.00 | 02/19/2019 | 665924 | $180.00 |
| 03/25/2019 | 668607 | $180.00 | 04/05/2019 | 575407 | $180.00 |
| 05/08/2019 | 671046 | $180.00 | 07/08/2019 | 634011 | $180.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE